United States District Court
Southern District of Texas
**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   CRIMINAL ACTION NO. 2:23-CR-00142 |
| VS. | § |
| | § |
| GABRIEL LONGORIA | § |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard.  The defendant was released on a state bond at the time of his recent arrest by federal authorities. The U.S. Pretrial Services report indicates the defendant was not in compliance with the conditions of his state bond and had not been reporting.  Additionally, during the defendant's recent arrest by U.S. Marshals, the defendant fled on foot into his residence and barricaded himself in a room.  The defendant acted in an aggressive manner toward authorities displaying what appeared to be a firearm, although it was later determined to be an air pistol.  Nevertheless, the defendant's conduct resulted in an hour long stand-off with the local SWAT team. The most basic condition of any court ordered supervision is that the person should not commit new law violations while on release.  The defendant has shown he is either unable or unwilling to comply with court ordered supervision.  The

defendant's conduct is a clear indication he would not follow conditions of release, one of which is appearing for court. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on May 18, 2023.

                                              Jason B. Libby
                                   United States Magistrate Judge